JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAWRENCE RUBY, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendants. | Case No. 2:25-cv-02225-JFW-ADSx<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |

　　The Court, having considered the Stipulation for Dismissal filed by the parties, pursuant to Federal Rules of Civil Procedure 41(a) and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

　　1.　　This action is dismissed in its entirety with prejudice; and

　　2.　　All parties shall bear their own attorneys' fees and costs.

　　IT IS SO ORDERED.

Dated: January 14, 2026

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Honorable John F. Walter
　　　　　　　　　　　　　　　　　　United States District Judge